USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YA II PN, LTD.,

                Plaintiff,

-against-

TARONIS TECHNOLOGIES, INC. and
TARONIS FUELS, INC.,

                Defendants.
------------------------------------------------------------X

19 **CIVIL** 11746 (JSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated January 28, 2020, the Court finds that the statutory prerequisites for a Section 3(a)(10) exemption are satisfied, and the motion is granted. Judgment is entered dismissing the case; accordingly, the case is closed.

**Dated:** New York, New York
         January 29, 2020

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**

**BY:** _____

                                      **Deputy Clerk**